M. P. No. 1713. COMMUNITY HOTEL CORPORATION OF NEWPORT, RHODE ISLAND *v.* JOHN J. EGAN. Defendant's motion to quash the writ of certiorari and to vacate the order entered on February 23, 1972 is granted as prayed, and the matter is re-

manded to the Superior Court for Newport County. Roberts, C.J., and Joslin, J., not participating. *William F. Hague, Jr.,* for Michael J. Bove III. *Roberts & Willey, Inc., David W. Carroll,* for defendant.